In the Matter of the Will of CATHERINE MARTIN, Deceased.

NIAGARA FALLS MEMORIAL HOSPITAL, Appellant; ROBERT W. CARTER, as Executor, et al., Respondents.

(Argued November 18, 1929; decided December 3, 1929.)

*Basil Robillard* and *Thomas G. Rickert* for appellant.

*Alan V. Parker* for Salvation Army of Niagara Falls, respondent.

*Angelo F. Scalzo* for Rose Pacella, respondent.

*Eugene L. McCollum* for Mary Powley, respondent.

Order of the Appellate Division reversed and decree of the surrogate modified by holding that the legacy of stock to Mary Powley and the Niagara Falls Memorial Hospital is a specific legacy not subject to abatement with general legacies and as so modified affirmed, with costs in this court and the Appellate Division to all parties filing briefs in this court payable out of the estate.

Concur: POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: CARDOZO, Ch. J., and HUBBS, J.